Todd M. Friedman (216752)
Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON FRANKLIN,** | ) Case No. 8:17-cv-00522-CJC-DFM |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| **CAVALRY PORTFOLIO SERVICES, LLC**; **WINN LAW GROUP, A PROFESSIONAL CORPORATION, and DOES 1-10 inclusive**, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

Notice of Dismissal - 1

1

RESPECTFULLY SUBMITTED this 29st day of June, 2017.

By:   /s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 29th day of June, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 29th day of June, 2017, via the ECF system to:

Honorable Cormac J. Carney
United States District Court
Central District of California

Sent Via USPS Mail on this 29th day of June, 2017, to:

John E. Gordon
Winn Law Group, APC
110 E. Wilshire Avenue, Suite 212
Fullerton, CA 92832


This 29th day of June, 2017.

By: /s/Todd M. Friedman
     Todd M. Friedman